United States District Court

Northern District of California

1

2

3

4   JOSE MURILLO,                              Case No.: 13-03299 CW (PR)

5            Plaintiff,
                                              TRANSFER ORDER
6        v.

7   J. SOTO, Warden,

8            Defendant.

9

10       Petitioner, a state prisoner incarcerated at Pleasant Valley

11  State Prison (PVSP), in Coalinga, California, has filed a pro se

12  petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254

13  challenging the validity of his conviction, which was obtained in

14  Fresno County Superior Court.

15       A federal petition for a writ of habeas corpus made by a

16  person in custody under the judgment and sentence of a state

17  court is properly filed in either the district of confinement or

18  the district of conviction.  28 U.S.C. § 2241(d).  The district

19  court where the petition is filed, however, may transfer the

20  petition to the other district in the furtherance of justice.

21  See id.  Federal courts in California traditionally have chosen

22  to hear petitions challenging a conviction or sentence in the

23  district of conviction.  See Dannenberg v. Ingle, 831 F. Supp.

24  767, 767 (N.D. Cal. 1993); Laue v. Nelson, 279 F. Supp. 265, 266

25  (N.D. Cal. 1968).

26       Petitioner was convicted in Fresno County Superior Court,

27  which lies within the venue of the Eastern District of

28  California.  See 28 U.S.C. § 84(b).  Further, he is incarcerated

1    in SVSP, also located in Fresno County.  Thus, jurisdiction over

2    the petition exists in Eastern District of California, not in the

3    Northern District.

4        Pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b),

5    and in the interest of justice, the Clerk of the Court is ordered

6    to TRANSFER this action forthwith to the United States District

7    Court for the Eastern District of California.

8            All remaining motions are TERMINATED on this Court's

9    docket as no longer pending in this Court.

10        IT IS SO ORDERED.

11

12   Dated: 9/24/2013

13

14                                    CLAUDIA WILKEN
                                      UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2